IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| JAMES RIVER INSURANCE COMPANY, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) No.  3:09-cv-50213 ) ) |
| SCANDINAVIAN CLINICAL NUTRITION USA LLC, a Delaware Limited Liability Company, and CINDIE REMSHEK, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR ENTRY OF STIPULATED JUDGMENT ORDER

**NOW COMES** Plaintiff, JAMES RIVER INSURANCE COMPANY ("James River"), by and through its attorneys, SmithAmundsen LLC, and for its Motion for Entry of a Stipulated Judgment Order, states as follows:

1. James River filed its Complaint for Declaratory Judgment in this matter on September 23, 2009, seeking a declaration regarding its rights and obligations under certain insurance contracts issued to named insured Scandinavian Clinical Nutrition USA LLC ("SCN") arising out of an underlying bodily injury claim made against SCN by Defendant Cindie Remshek.

2. In its complaint, James River alleges that it has no duty to defend or indemnify SCN for Remshek's claim under any of its policies on several independent grounds.

3. As evidenced by the Stipulation filed contemporaneously herewith between James River and Remshek, Remshek is personally aware of this action and of the previously-filed Stipulation for Order of Declaratory Judgment between James River and SCN, CM-ECF Doc. 17, will not dispute that James River owes no obligation to provide SCN with a defense or indemnity under the James River policies with regard to Remshek's claim, and agrees to be bound by any

judgment entered in this action against SCN and to waive her rights to litigate the matters at issue in this lawsuit.

WHEREFORE, Plaintiff James River Insurance Company prays that this Honorable Court enter its proposed Stipulated Judgment Order, attached hereto as Exhibit A.

                                                  Respectfully submitted,

                                                  JAMES RIVER INSURANCE COMPANY

                                      By:    /s/ Seth M. Jaffe
                                                 One of Its Attorneys

Prepared By:
Timothy J. Fagan (ARDC # 6202552)
Seth M. Jaffe (ARDC # 6294346)
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601

Ruth E. Robinson (ARDC # 6207546)
308 W. State St., Suite 320
Rockford, IL 61101

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of March, 2010, he served a copy of **Plaintiff's Motion for Entry of a Stipulated Judgment Order** on the following non-CM/ECF participants:

Daniel S. Davis
Davis & Gelshenen LLP
735 N. Water Street
Suite 1440
Milwaukee, WI 53202
(f) (414) 272-8050

These pleadings were served upon the attorneys as listed above by faxing and mailing by United States Postal Service.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: March 8, 2010.

/s/     Seth M. Jaffe

Timothy J. Fagan, ARDC # 6202552
Seth M. Jaffe, ARDC # 6294346
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

Ruth E. Robinson, ARDC # 6207546
SMITH AMUNDSEN LLC
308 West State Street, Suite 320
Rockford, Illinois 61101
(815) 987-0441

COUNSEL FOR JAMES RIVER INSURANCE COMPANY